UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | |
|---|---|
| **BERNARD ANDREW WHITE,** ) | |
| ) | |
| Petitioner, ) | Case No. CV 09-7390-R(AJW) |
| ) | |
| v. ) | |
| ) | |
| **DERRAL G. ADAMS,** ) | JUDGMENT |
| ) | |
| Respondent. ) | |
| _____) | |

**It is hereby adjudged** that the petition for a writ of habeas corpus is dismissed for lack of jurisdiction.

Dated: __December 8, 2009___

_____
Manuel L. Real
United States District Judge